# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND MAX SNYDER,<br><br>       Plaintiff,<br><br>v.<br><br>JUDGE KRISTIN N. HILL, *et al.*,<br><br>       Defendants. | 3:24-cv-00267-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 70 |

Before the court is Plaintiff's "motion to turn over the documents in this case to federal law enforcement agencies for a criminal investigation of defendants." (ECF No. 70.) Defendants filed an opposition. (ECF No. 83.) Plaintiff filed a reply. (ECF No. 86.)

Plaintiff's motion seeks to have this court turn over the documents in the pending civil action to federal law enforcement for criminal investigation. He cites no authority in support of his motion. It is likely because there is no such legal authority. The federal courts (judicial branch) cannot direct law enforcement (the executive branch) to investigate alleged crimes. If Plaintiff believes criminal conduct occurred, he may report it to relevant authorities who can decide whether or not to open any investigation based on their assessment of the evidence.

Plaintiff's motion (ECF No. 70) is **DENIED**.

**IT IS SO ORDERED.**

DATED: November 14, 2024.

                _____
                Craig S. Denney
                United States Magistrate Judge