**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYMOND MAX SNYDER,<br><br>     Plaintiff<br><br>v.<br><br>KRISTON N. HILL, et al.,<br><br>     Defendants | Case No.: 3:24-cv-00267-MMD-CSD<br><br>**Order**<br><br>Re: ECF No. 58, 59 |

Defendants Laura Ann Lisk and Ryan Lisk, who are each proceeding pro se, filed a request for direction. (ECF Nos. 58, 59.) They note that Plaintiff has filed numerous motions during the course of this lawsuit, and they do not know what they need to respond to or not.

To the extent Defendants filings can be construed as motions, ECF Nos. 58 and 59 are **DENIED**. District Judge Du addressed these concerns in her minute order dated October 10, 2024, noting that Plaintiff filed 23 motions, and given the voluminous filings and nature of the motions, the court sua sponte stayed the case to conserve judicial resources and Defendants' time in needing to respond to unnecessary filings. District Judge Due will resolve the pending dispositive motions in due course. (*See* ECF No. 107.)

**IT IS SO ORDERED**.

Dated: November 15, 2024

_____
Craig S. Denney
United States Magistrate Judge